IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATHAN HUVELDT, a Washington resident individual,<br><br>        Plaintiff,<br><br>    v.<br><br>BMW NORTH AMERICA, LLC, a Delaware limited liability company, JAKE SWEENEY CHEVROLET-IMPORTS, INC. (d/b/a JAKE SWEENEY BMW and BMW OF CINCINNATI NORTH) an Ohio corporation, AUTONATION HOLDINGS CORP. (d/b/a BMW OF BELLEVUE), a Delaware corporation, and<br><br>        Defendants | Case No.: 2:23-cv-00355<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BMW NORTH AMERICA, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT |

This matter came before the Court on the Stipulated Motion to Extend BMW North America, LLC's Deadline to Respond to Plaintiff's Complaint. This Court having reviewed the file and records herein and being otherwise advised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED that the deadline for Defendant BMW North American, LLC's response to Plaintiff's Complaint is extended to April 20, 2023.

Dated this 6th day of April, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
UNITED STATES DISTRICT COURT JUDGE