IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **NATHAN HUVELDT**, a Washington resident individual,<br><br>Plaintiff,<br><br>v.<br><br>**BMW NORTH AMERICA, LLC**, a Delaware limited liability company, **JAKE SWEENEY CHEVROLET-IMPORTS, INC. (d/b/a JAKE SWEENEY BMW and BMW OF CINCINNATI NORTH)** an Ohio corporation, **AUTONATION HOLDINGS CORP. (d/b/a BMW OF BELLEVUE)**, a Delaware corporation, and<br><br>Defendants. | No. 2:23-cv-00355-RSL<br><br>**ORDER GRANTING STIPULATED MOTION FOR ADDITIONAL TIME TO FILE MOTION TO DISMISS CERTAIN DEFENDANTS** |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Additional Time to File Motion to Dismiss Certain Defendants. Having considered the filings, applicable law, and being otherwise fully advised, it is hereby:

ORDERED that the parties are granted an extension of time of 21 days to May 13, 2024 to

ORDER - 1
Case No. 2:23-cv-00355-RSL

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

file the dismissal of the claims applicable to Defendants BMW North America, LLC and Autonation Holdings Corp. (d/b/a/BMW of Bellevue).

Dated this 8th day of May, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2
Case No. 2:23-cv-00355-RSL

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004