IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **NATHAN HUVELDT**, a Washington resident individual,<br><br>Plaintiff,<br><br>v.<br><br>**BMW NORTH AMERICA, LLC**, a Delaware limited liability company, **JAKE SWEENEY CHEVROLET-IMPORTS, INC. (d/b/a JAKE SWEENEY BMW and BMW OF CINCINNATI NORTH)** an Ohio corporation, **AUTONATION HOLDINGS CORP. (d/b/a BMW OF BELLEVUE)**, a Delaware corporation, and<br><br>Defendants. | No. 2:23-cv-00355-RSL<br><br>**ORDER OF DISMISSAL OF CERTAIN DEFENDANTS** |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Order of Dismissal of Certain Defendants. The parties stipulate that the above-captioned case be dismissed with prejudice against defendants BMW of North America, LLC and Northwest Financial Group Inc. (incorrectly captioned Autonation Holdings Corp.) (d/b/a BMW of Bellevue). The parties

ORDER - 1
Case No. 2:23-cv-00355-RSL

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

further agree to bear their own costs and attorneys' fees. Having considered the filings, applicable law, and being otherwise fully advised, it is hereby:

ORDERED that defendants BMW of North America, LLC and Northwest Financial Group Inc. (incorrectly captioned Autonation Holdings Corp.) (d/b/a BMW of Bellevue) be dismissed with prejudice and that each party shall bear their own costs and attorneys' fees.

Dated this 14th day of May, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2
Case No. 2:23-cv-00355-RSL

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004