IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NATHAN HUVELDT**, a Washington resident individual,<br><br>Plaintiff,<br><br>v.<br><br>**BMW NORTH AMERICA, LLC**, a Delaware limited liability company, **JAKE SWEENEY CHEVROLET-IMPORTS, INC. (d/b/a JAKE SWEENEY BMW and BMW OF CINCINNATI NORTH)** an Ohio corporation, **AUTONATION HOLDINGS CORP. (d/b/a BMW OF BELLEVUE)**, a Delaware corporation, and<br><br>Defendants. | Case No. 2:23-cv-00355-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION SEEKING TO FILE OVERLENGTH BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JAKE SWEENEY CHEVROLET-IMPORTS, INC. (d/b/a JAKE SWEENEY BMW and BMW OF CINCINNATI NORTH)** |

THIS MATTER comes before the Court on Plaintiff's Motion to File Overlength Brief In Support of Motion for Default Judgment Against Defendant Jake Sweeney Chevrolet-Imports, Inc. (d/b/a Jake Sweeney BMW and BMW of Cincinnati North).  The Court has considered the following:

    1.    Plaintiff's Motion to File Overlength Brief; and

    2.    Other papers on file herein.

ORDER - 1
Case No. 2:23-cv-00355-RSL

**ROSSI VUCINOVICH PC**
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

The Court, deeming itself now fully advised, GRANTS the motion, and it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Default Judgment, including any facts and argument about the Court's exercise of jurisdiction over Defendant Sweeney, shall not exceed 4,200 words in length.

Dated this 6th day of August, 2024.

Robert S. Lasnik
United States District Judge

ORDER - 2
Case No. 2:23-cv-00355-RSL

ROSSI VUCINOVICH PC
1000 Second Avenue, Suite 1420
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004